IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**BILAL AHMAD**, individually and on behalf of all others similarly situated,

      Plaintiff,

  v.

**CONCORA CREDIT INC. D/B/A GENESIS FS CARD SERVICES,**

      Defendant.
_____/

Case No. 2:24-cv-12502

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Bilal Ahmad, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Bilal Ahmad, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed with prejudice.

Date: December 2, 2024

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                                    By: /s/ Andrew J. Shamis
                                                        Andrew J. Shamis, Esq.

Counsel for Plaintiff