# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AHMAD BILAL,

      Plaintiff(s),

   V.                         CASE NO. 24-12502
                                  HON. LINDA V. PARKER

CONCORA CREDIT, INC.,

      Defendant(s).

_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 8] on December 2, 2024; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                        s/Linda V. Parker_____
                        Linda V. Parker
                        United States District Judge

Dated:  December 3, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2024, by electronic and/or ordinary mail.

                        s/A. Flanigan_____
                        Case Manager